**Rashaun GRAVES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 76108.**

Missouri Court of Appeals, Western District.

April 29, 2014.

Amy M. Bartholow, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: THOMAS H. NEWTON, Presiding Judge, and MARK D. PFEIFFER and CYNTHIA L. MARTIN, Judges.

**Order**

PER CURIAM:

Rashaun D. Graves appeals from the Judgment of the Circuit Court of Jackson County, Missouri, denying Mr. Graves's Rule 29.15 amended motion for post-conviction relief, based on ineffective assistance of appellate counsel, after an evidentiary hearing. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).